## George McINTOSH

v.

### Antonio A. MOREY.

### No. 80–451–Appeal.

Supreme Court of Rhode Island.

April 30, 1981.

John Quattrocchi, Jr., Providence, for plaintiff.

Hanson, Curran & Parks, Robert D. Parrillo, Providence, for defendant.

### ORDER

This is a medical malpractice action in which the patient appeals from the grant by a justice of the Superior Court of the physician's motion for a directed verdict, which was based upon the patient's failure to produce expert evidence indicating that, in making a diagnosis, the physician failed

to exercise the same degree of diligence and skill as physicians in good standing engaged in the same type of practice in similar localities in like cases. *Schenck v. Roger Williams General Hospital*, R.I., 382 A.2d 514 (1977); *Marshall v. Tomaselli*, 118 R.I. 190, 372 A.2d 1280 (1977).

The original diagnosis attributed the patient's abdominal pain to viral gastroenteritis. Eleven days later, another physician discovered a tender abdominal mass. Subsequent surgery disclosed a burst sigmoid colon.

After consideration of the arguments and an examination of the transcript, we believe that in matters involving viral gastroenteritis and a burst sigmoid colon, the jury had to have the assistance of expert testimony before it could properly evaluate the physician's actions. *Young v. Park*, R.I., 417 A.2d 889 (1980). Consequently, we grant the physician's motion to affirm the judgment entered in the Superior Court.